# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAVIN TAYLOR, | ) | No. CV 06-864-RGK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D. ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 9, 2009

_____
R. GARY KLAUSNER
United States District Judge